IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 NOV 25  A 9:25

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| CREATIVE COPIER SERVICES, | ) Civil Action |
| Plaintiff, | ) No. 01-CV-155 (SRU) |
| v. | ) Notice of Appearance |
| XEROX CORPORATION, | ) Filed November 25 2002 |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Please take notice that Jonathan I. Gleklen of Arnold & Porter hereby enters his appearance on behalf of Defendant Xerox Corporation.

BY ARNOLD & PORTER, for
DEFENDANT XEROX CORPORATION

Jonathan I. Gleklen (CT25341)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000 phone
(202) 942-5999 facsimile
Jonathan_Gleklen@aporter.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE COPIER SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 01-CV-155 (SRU)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2003, I served a copy of the foregoing Notice of Appearance by first class mail upon the following counsel for Plaintiff Creative Copier Services:

>Robert LaRocca
>Kohn, Swift & Graf, P.C.
>One South Broad Street – Suite 2100
>Philadelphia, PA 19107-3389

and

>J. Daniel Sagarin
>Elias A. Alexiades
>Hurwitz & Sagarin
>147 North Broad Street
>Milford, CT 06460

Christopher F. Winters
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202) 942-5999
email: christopher_winters@aporter.com

*Counsel for Xerox Corporation*