```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

           Telephone Status Conference Calendar

            Stefan R. Underhill, U. S. D. J.
                 915 Lafayette Boulevard
                       Bridgeport


                     March 31, 2004

                        9:30 a.m.
```

CASE NO. **3:01cv155**   **Creative Copier v Xerox Corp**

Elias A. Alexiades
215 Church Street, 2nd Floor
New Haven, CT 06510

Peter K. Bleakley
Arnold & Porter
Thurman Arnold Bldg.
555 12th Street, NW
Washington, DC 20004-1202

Frederick Brown
Orrick, Herrington & Sutcliffe
Old Federal Reserve Bank Building
400 Sansome Street
San Francisco, CA 94111

Robert P. Dolian
Cummings & Lockwood
Four Stamford Plaza, PO Box 120
Stamford, CT 06904-0120

Jonathan Ian Gleklen
Arnold & Porter - DC
Thurman Arnold Bldg.
555 12th Street, NW
Washington, DC 20004-1202


James A. Hennefer
425 California St., 19th Fl.
San Francisco, CA 94104

```
Robert J. LaRocca
Kohn, Swift & Graf
One So. Broad St.
Suite 2100
Philadelphia, PA 19107-3389
```

```
                                    BY ORDER OF THE COURT
                                    KEVIN F. ROWE, CLERK
```