# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE COPIER SERVICES, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 01-CV-155 (SRU) |
| ) | |
| XEROX CORPORATION, ) | Filed January 4, 2002 |
| ) | |
| Defendant. ) | |

*[Handwritten annotations in margins: "43", "3/31/04", "Denied, without prejudice. So ordered.", "FILED 2004 MAR 31 P 1:50 U.S. DISTRICT COURT BRIDGEPORT CONN"]*

## XEROX CORPORATION'S MOTION FOR A SEPARATE TRIAL OF ITS PATENT AND COPYRIGHT COUNTERCLAIMS

Xerox Corporation ("Xerox"), by and through its attorneys, hereby moves this honorable Court under Rule 42(b) of the Federal Rules of Civil Procedure to separate Xerox's patent infringement and copyright infringement claims from CCS's new, amended and surviving antitrust, Lanham Act and state law claims and set Xerox's intellectual property claims for trial at the Court's earliest convenience.

As set forth in the accompanying Memorandum, the Court should so order because bifurcating the claims at issue in this matter will promote the just and efficient resolution of this matter, avoid prejudice, and advance the convenience of the Court and the parties.

1