IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 12 A 9: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| CREATIVE COPIER SERVICES, | ) Civil Action |
| | ) No. 01-CV-155 (SRU) |
| Plaintiff, | ) |
| | ) |
| v. | ) Joint Motion To Set Scheduling Order |
| | ) |
| XEROX CORPORATION, | ) Filed April 9, 2004 |
| | ) |
| Defendant. | ) |

## JOINT MOTION
## TO SET SCHEDULING ORDER

Plaintiff-Counterdefendant Creative Copier Services and Defendant-Counterclaimant Xerox Corporation (the "Parties") hereby move the Court to enter the proposed Scheduling Order attached hereto. At the March 31, 2004, status teleconference, the Court ordered the Parties to agree to a scheduling order to govern this proceeding pending (1) the filing of Creative Copier Services' Third Amended Complaint; (2) the briefing of Xerox Corporation's Motion to Dismiss; and (3) the commencement of discovery upon the Court's ruling on that Motion to Dismiss. Pursuant to the Court's order, the Parties have agreed to the Stipulated Schedule Scheduling attached hereto.

|  | Respectfully submitted, |
|---|---|

*[signature]* /aw
Peter K. Bleakley
Jonathan I. Gleklen ct 25341
Christopher F. Winters
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
email: jonathan_gleklen@aporter.com

Robert Dolian, CT04278
CUMMINGS & LOCKWOOD
Four Stamford Plaza
Stamford, Connecticut 06904
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com
*Counsel for Xerox Corporation*

*[signature]* /aw
Robert LaRocca CT22901
KOHN, SWIFT & GRAF P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700
fax: (215) 1968

Elias A. Alexiades CT03543
P.O. Box 3859
Amity Station
New Haven, CT 06525
(203) 641-3744

*Counsel for Creative Copier Services*

Dated: April 9, 2004