IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED 2004 APR 12 A 9:26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| CREATIVE COPIER SERVICES, | Civil Action |
|  | No. 01-CV-155 (SRU) |
| Plaintiff, |  |
| v. | **Joint Motion To Set Scheduling Order** |
| XEROX CORPORATION, | Filed April 9, 2004 |
| Defendant. |  |

FILED 2004 APR 15 P 3:33 U.S. DISTRICT COURT BRIDGEPORT, CONN

## JOINT MOTION
## TO SET SCHEDULING ORDER

Plaintiff-Counterdefendant Creative Copier Services and Defendant-Counterclaimant Xerox Corporation (the "Parties") hereby move the Court to enter the proposed Scheduling Order attached hereto. At the March 31, 2004, status teleconference, the Court ordered the Parties to agree to a scheduling order to govern this proceeding pending (1) the filing of Creative Copier Services' Third Amended Complaint; (2) the briefing of Xerox Corporation's Motion to Dismiss; and (3) the commencement of discovery upon the Court's ruling on that Motion to Dismiss. Pursuant to the Court's order, the Parties have agreed to the Stipulated Schedule Scheduling attached hereto.

4/15/04

Stefan R. Underhill, U.S.D.J.

MOTION GRANTED.
SO ORDERED.