IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 14 P 3:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| CREATIVE COPIER SERVICES, | ) Civil Action |
| | ) No. 01-CV-155 (SRU) |
| Plaintiff, | ) |
| | ) **STIPULATED SCHEDULING ORDER** |
| v. | ) |
| | ) Entered April 14, 2004 |
| XEROX CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED SCHEDULING ORDER

In accordance with the Court's March 31 teleconference requiring the parties to agree to a schedule to govern: (1) the presentment of the Plaintiff-Counterdefendant Creative Copier Services's Third Amended Complaint; (2) Defendant-Counterclaimant Xerox Corporation's Motion to Dismiss; and (3) the initiation of discovery, and upon the parties' submission of a proposed Preliminary Schedule, it is hereby ORDERED:

(1)   That Creative Copier Services's Third Amended Complaint shall be submitted no later than April 30, 2004;

(2)   That Xerox Corporation's Motion to Dismiss be submitted no later than May 31, 2004;

(3)   That Creative Copier Services's Opposition to Xerox Corporation's Motion be submitted no later than June 21, 2004;

(4)   That Xerox Corporation's Reply in Support of its Motion to Dismiss be submitted no later than July 5, 2004;

(5)   That discovery shall commence on August 5, 2004 (provided, however, that discovery shall not commence until this Court rules on any pending Motions to Dismiss); and

(6)   That the parties shall submit a stipulated Scheduling Order to govern discovery in this matter no later than August 15, 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
UNITED STATES DISTRICT JUDGE

3    4/14/04