FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 28 P 3: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

|  |  |
|---|---|
| CREATIVE COPIER SERVICES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> XEROX CORPORATION, ) <br> ) <br> Defendant. ) | Civil Action <br> No. 3:01 CV 155 (SRU) <br><br> MAY 27, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel for the Defendant, Xerox Corporation, hereby respectfully moves that Attorney Jon J. Nathan of the law firm Arnold & Porter, LLP (Washington, D.C.) be admitted to practice *pro hac vice* in this Court for the purpose of acting as co-counsel on behalf of Defendant, Xerox Corporation, in the above entitled action. In support of this motion, the undersigned attorney represents the following:

1. Attorney Jon J. Nathan's office address is Arnold & Porter, LLP, 555 Twelfth Street, N.W., Washington, D.C. 20004-1206. The firm's telephone number is (202) 942-5000.

2. Mr. Nathan is a member in good standing of the bars of the District of Columbia and Maryland.

3. Mr. Nathan has never been denied admission to or disciplined by this Court or any other court.

4. An affidavit setting forth the necessary information regarding Attorney Nathan's qualifications to practice before this Court, along with such other information required by D. Conn. L. Civ. R. 83.1(d), is attached hereto as Exhibit A and made a part hereof.

5. Pursuant to D. Conn. L. Civ. R. 83.1(c)(1), Mr. Nathan designates the undersigned and his office, Cummings & Lockwood, LLC, Four Stamford Plaza, 107 Elm Street, Stamford, CT 06902, telephone number (203) 351-4307, as the member of the bar of this Court upon whom service of all papers shall also be made.

6. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

7. The requisite fee of $25.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Jon J. Nathan, Esq., *pro hac vice,* to practice as a visiting attorney before this Court representing defendant, Xerox Corporation, in all matters related to this proceeding.

DEFENDANT,
XEROX CORPORATION


By: /s/ Robert Dolian
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com


Peter K. Bleakley
Jonathan I. Gleklen
Christopher F. Winters
Jon J. Nathan
ARNOLD & PORTER, LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202)-942-5999
email: jonathan_gleklen@aporter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE has been served via First Class U.S. Mail, postage prepaid, on this 28th day of May, 2004, on the following:

>Robert J. LaRocca, Esq.
>Kohn, Swift & Graf, P.C.
>1 South Broad Street
>Philadelphia, PA 19106

>Elias A. Alexiades, Esq.
>P.O. Box 3859
>New Haven, CT 06525

_____
ROBERT P. DOLIAN (ct 04278)

.StmLib1:1061519.1 05/28/04