UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CREATIVE COPIER SERVICES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XEROX CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | Civil Action<br>No. 3:01 CV 155 (SRU)<br><br><br>MAY 27, 2004 |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

CITY OF WASHINGTON        )
                          )
DISTRICT OF COLUMBIA      )

JON J. NATHAN, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the motion for my admission *pro hac vice* in the above entitled action.

2. I am an associate at the law firm of Arnold & Porter, LLP. My contact information is as follows:

> Jon J. Nathan, Esq.
> Arnold & Porter, LLP
> 555 Twelfth Street, N.W.
> Washington, DC 20004-1206
> Telephone:   (202) 942-6481
> Facsimile:   (202) 942-5999
> email: Jon_Nathan@aporter.com

3.   I am a member in good standing of the bars of the District of Columbia and Maryland.

4.   I have never been denied admission to or disciplined by this Court or any other court.

5.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.   Pursuant to Local Rule 83.1(c)(1), I designate Robert P. Dolian, Esq. of Cummings & Lockwood LLC and his office, Cummings & Lockwood, LLC, Four Stamford Plaza, 107 Elm Street, Stamford, CT 06902, telephone number (203) 351-4307 as the member of the bar of this Court upon whom service of all papers shall also be made.

_____
JON J. NATHAN

City of Washington  : SS
District of Columbia

Subscribed and sworn to before me this 27th day of May, 2004.

_____
Notary Public
My Commission Expires:  My commission expires on September 30, 2006

-2-