UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CREATIVE COPIER SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:01-CV-155 (SRU) |
| | ) | |
| v. | ) | |
| | ) | Notice of Manual Filing |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | June 25, 2004 |

Please take notice that Defendant, Xerox Corporation, has manually filed the following documents or things:

• Exhibits A through F to Declaration of Peter W. Marshall in Support of Defendant Xerox Corporation's Motion for Summary Judgment

• Exhibits 1 through 12 to Defendant Xerox Corporation's Statement of Undisputed Facts

These documents have not been filed electronically because

[   ]   the document or thing cannot be converted to an electronic format
[ X ]   the electronic file size of the documents exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rules of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/  Robert P. Dolian

Peter K. Bleakley                              Robert P. Dolian
Jonathan I. Gleklen                            CUMMINGS & LOCKWOOD LLC
Christopher F. Winters                         Four Stamford Plaza
Jon J. Nathan                                  107 Elm Street
ARNOLD & PORTER LLP                            Stamford, Connecticut  06902
555 Twelfth Street, N.W.                       (203) 351-4307
Washington, D.C. 20004-1206                    fax: (203) 708-3948
(202) 942-5000                                 email: rdolian@cl-law.com
fax: (202)-942-5999
email: jonathan_gleklen@aporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2004, I served a copy of the foregoing NOTICE

OF MANUAL FILING by first class mail upon the following counsel for Plaintiff Creative

Copier Services:

Robert LaRocca
Kohn, Swift & Graf, P.C.
One South Broad Street – Suite 2100
Philadelphia, PA 19107-3389

Elias A. Alexiades
215 Church Street, 2nd Floor
New Haven CT 06510

/s/  Robert P. Dolian
ROBERT P. DOLIAN (ct04278)