IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CREATIVE COPIER SERVICES,<br><br>    Plaintiff,<br><br>    v.<br><br>XEROX CORPORATION,<br><br>    Defendant. | Civil Action<br>No. 01-CV-155 (SRU)<br><br>**Xerox Corporation's Motion For Leave To Exceed The Page Limit On Its Reply In Support Of Its Motion To Dismiss CCS's Third Amended Complaint**<br><br>July 6, 2004 |

**XEROX CORPORATION'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT ON ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS CCS'S THIRD AMENDED COMPLAINT**

    Xerox Corporation ("Xerox") respectfully moves for leave to exceed the page limit set by Local Rule 7(d) for reply briefs with respect to its Reply in Support of its Motion to Dismiss CCS's Third Amended Complaint.

    In drafting its Reply, Xerox has been conscious of the limited nature of such briefs, and the Reply submitted by Xerox is limited to only the discussion of the new points raised by Creative Copier Services ("CCS") in its Opposition. However, Xerox notes that CCS's Third Amended Complaint contained five separate counts involving five different causes of action. In addition, CCS's Third Amended Complaint alleges a half-dozen different kinds of conduct by Xerox that it contends violate the Sherman Act. As a result, CCS's Opposition raises numerous arguments and issues with respect to CCS's large number of claims that require substantial responses from Xerox. The sheer number of the new issues raised by CCS (many of which are false issues, as discussed in

1

Xerox's Reply) requires a reply that would exceed the 10-page limit set by Local Rule 7(d).

Respectfully submitted,

| | |
|---|---|
| Peter K. Bleakley | Robert P. Dolian (ct04278) |
| Jonathan I. Gleklen | CUMMINGS & LOCKWOOD LLC |
| Christopher F. Winters | Four Stamford Plaza, 107 Elm Street |
| Jon J. Nathan | Stamford, Connecticut  06902 |
| ARNOLD & PORTER | (203) 351-4307 |
| 555 Twelfth Street, N.W. | fax: (203) 708-3948 |
| Washington, D.C. 20004-1206 | email: rdolian@cl-law.com |
| (202) 942-5000 | |
| fax: (202)-942-5999 | |
| email: jonathan_gleklen@aporter.com | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| CREATIVE COPIER SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action<br>)<br>) No. 01-CV-155 (SRU)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2004, I served a copy of the foregoing Xerox Corporation's Motion For Leave To Exceed The Page Limit On Its Reply In Support Of Its Motion To Dismiss CCS's Third Amended Complaint by first class mail upon the following counsel for Plaintiff Creative Copier Services:

      Robert LaRocca
      Kohn, Swift & Graf, P.C.
      One South Broad Street – Suite 2100
      Philadelphia, PA 19107-3389

and

      Elias A. Alexiades
      215 Church Street, 2nd Floor
      New Haven, CT 06510

      Robert P. Dolian (ct04278)
      CUMMINGS & LOCKWOOD LLC
      Four Stamford Plaza, 107 Elm Street
      Stamford, Connecticut 06902
      (203) 351-4307
      fax: (203) 708-3948
      email: rdolian@cl-law.com
      *Counsel for Xerox Corporation*

.StmLib1:1065907.1 07/06/04

3