RECEIVED
JUL 8 2004

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 JUL -8 P 4: 25    **APPEARANCE**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:01-cv-155 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  Xerox Corp.

_6/27/04_
Date

_Ct 25970_
Connecticut Federal Bar Number

_202 942 6481_
Telephone Number

_202 942 5999_
Fax Number

_jon_nathan@aporter.com_
E-mail address

_Jon of Nathan_
Signature

_Jon Nathan_
Print Clearly or Type Name

_555 12th St. NW #706_
Address

_Washington, DC 20004_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert LaRocca
Kohn, Swift & Graf, P.C.
One South Broad Street
Philadelphia, PA 19107

Elias A. Alexides
P.O. Box 859
Amity Station
New Haven, CT 06525

_Jon Nathan_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)