# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

_____
                              )
CREATIVE COPIER SERVICES,     )    Civil Action
                              )    No.  01-CV-155 (SRU)
        Plaintiff,           )
                              )
            v.               )
                              )
XEROX CORPORATION,        )    August 16, 2004
                              )
        Defendant.        )
_____ )

## JOINT MOTION FOR ORDER TO SET SCHEDULE

Plaintiff-Counterdefendant Creative Copier Services and Defendant-Counterclaimant Xerox Corporation (the "Parties") hereby move the Court to enter the proposed Order to Set Schedule attached hereto.  In its April 15, 2004 Scheduling Order, the Court ordered the Parties to submit a stipulated Scheduling Order to govern discovery in this proceeding by August 15.[1]  However, because there are outstanding dispositive motions in this case that may reduce or eliminate the need for such discovery, the Parties have agreed that entry of a stipulated scheduling order at this time would be premature and potentially wasteful of the Parties' and the Court's resources. The Parties believe that the Court's determination of the pending motions will inform their need for discovery on the pending claims and counterclaims of the parties.  Accordingly, the Parties submit this

_____

[1] Due to a typographical error, the Court's April 15 Order required submission of a stipulated schedule on a Sunday.  The Parties are thus submitting this paper on the next business day.

proposed Order to Set Schedule that requires the parties to submit a proposed Scheduling

Order within ten days of the Court's determination of the pending motions.

     Respectfully submitted,

_____
/s/ Robert P. Dolian CT04278
CUMMINGS & LOCKWOOD
Four Stamford Plaza
Stamford, CT 06904
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com
*Counsel for Xerox Corporation*

Peter K. Bleakley
Jonathan I. Gleklen
Christopher F. Winters
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202) 942-5999
email: jonathan_gleklen@aporter.com
*Counsel for Xerox Corporation*

Robert LaRocca CT22901
KOHN, SWIFT & GRAF P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
(215) 238-1700
fax: (215) 1968
*Counsel for Creative Copier Services*

Elias A. Alexiades CT03543
P.O. Box 3859
Amity Station
New Haven, CT  06525
(203) 777-4720
fax: (203) 777-4722
email:  alexiades@mindspring.com
*Counsel for Creative Copier Services*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing Joint Motion for Order to Set

Schedule was served via first-class U.S. Mail, postage prepaid, on this 16th day of

August, 2004 on the following:

> Robert LaRocca CT22901
> KOHN, SWIFT & GRAF P.C.
> One South Broad Street
> Suite 2100
> Philadelphia, PA 19107
>
> Elias A. Alexiades CT03543
> P.O. Box 3859
> Amity Station
> New Haven, CT  06525

_____

/s/ Robert P. Dolian

.StmLib1:1070753.1 08/16/04