UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE COPIER SERVICES,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Case No. 3:01 cv 155 (SRU) |
| XEROX CORPORATION,<br>    Defendant. | :<br>:<br>: |

## SCHEDULING ORDER

It is hereby ORDERED that the parties are directed to submit a proposed scheduling Order, which is to include dates for the completion of items set forth in Local Rule 16(b), within ten days after the Court rules upon the Motion to Dismiss currently pending.

It is so ordered.

Dated at Bridgeport this 27th day of August 2004.

        /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge