```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

                      Motion Day Calendar

                Stefan R. Underhill, U. S. D. J.
                      915 Lafayette Boulevard
                           Bridgeport
                    Courtroom #1, 4th Floor

                       October 29, 2004
```

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714) IN WRITING, OR BY TELEPHONE CONFIRMED IN WRITING, NO LATER THAN **October 22, 2004**. ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR ALL OTHER PARTIES BEFORE MAKING THE REQUEST.

**10:00 a.m.**
**Butler v Postmaster                3:02cv1896**

Motion for Summary Judgment - doc. #11

**10:30 a.m.**
**Marshall Aviation v AIG Aviation    3:03cv1013**

Motion to Dismiss, Sever & Stay - doc. #51

**11:00 a.m.**
**Royal Indemnity v King, et al       3:03cv2178**

Motion to Dismiss - doc. #9

**2:00 p.m.**
**Cody v Hartford**                          **3:02cv1789**

Motion for Summary Judgment - doc. #67
Motion to Strike - doc. #84


**3:00 p.m.**
**Creative Copier v Xerox**             **3:01cv155**

Motion to Dismiss - doc. #74
Motion for Order and to Strike - doc. #78