UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 27 A 9:57
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| CREATIVE COPIER SERVICES | : | CIVIL ACTION NO. |
| --- | --- | --- |
| v. | : | 3:01 CV 155 (SRU) |
| XEROX CORP. | : | |

## PLAINTIFF'S ANSWER TO XEROX' COUNTERCLAIMS

Plaintiff answers Xerox's counterclaims as follows:

1.  Admitted that Xerox seeks compensation. All remaining averments are denied.

2.  Admitted that Count I purports to arise under the patent laws. All remaining averments are denied.

3.  Admitted that Count II purports to arise under the copyright laws. All remaining averments are denied.

4.  Admitted.

5.  Admitted,

6.  Admitted.

7.  Admitted.

8.  No response is required.

9.  Admitted.

10. Admitted.

11. Admitted.

12. Admitted only that the patents were issued on the dates noted. The

1

remainder of the averments are denied to the extent they are intended to apply to CCS.

13. CCS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies them.

14. The phrase "1090 family" is not defined by Xerox. Admitted that CCS has purchased certain fuser rolls from these companies.

15. Denied.

16. The phrase "1090 family" is not defined by Xerox. Admitted that CCS has purchased certain dicorotrons from D & R Products.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. No response is required.

22. Denied.

21. [Mistakenly numbered by defendant] This paragraph is legal argument to which no response is required.

22. [Mistakenly numbered by defendant] CCS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies them.

23. CCS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, and therefore denies them.

24. Denied.

25. Denied.

## Affirmative Defenses

1. The counterclaims are barred in whole or in part by the statute of limitations.

2. The counterclaims are barred by the doctrine of antitrust misuse.

3. The patent counterclaim is barred because Xerox failed to give any timely and adequate notice of purported infringement.

4. The copyright counterclaim is barred by the doctrine of single use.

5. The copyright counterclaim is barred by the doctrine of reproduction for a judicial proceeding, to the extent Xerox is asserting that documents provided during discovery constitute "copying."

6. Any claim for injunctive relief is barred by the doctrine of unclean hands.

Dated: December 22, 2004

_____
Robert J. LaRocca   CT 22901
**Kohn, Swift & Graf, P.C.**
1 South Broad St.
Philadelphia, PA 19106
(215) 238-1700
(215) 238-1968 (fax)
Attorney for CCS

Elias A. Alexiades CT03543
P.O. Box 3859
New Haven, CT 06525
(203) 641-3744

3

## CERTIFICATE OF SERVICE

On December 22, 2004, the foregoing answer to defendant's counterclaims, and affirmative defenses, were served by first class mail upon:

> Jonathan Gleklen
> Arnold & Porter
> 555 12th Street, N.W.
> Washington, DC 20004-1202
>
> Robert P. Dolian
> Cummings & Lockwood
> Four Stamford Plaza
> Stamford, Connecticut 06904

_____
Robert LaRocca