## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE COPIER SERVICES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action |
| v. | ) |
| | ) No. 01-CV-155 (SRU) |
| XEROX CORPORATION, | ) |
| | ) |
| Defendant. | ) January 6, 2005 |
| | ) |

**Defendant Xerox Corporation's Consent Motion for Leave to File a First Amended Answer and Counterclaims to the Third Amended Complaint of Creative Copier Services**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure defendant/counterclaimant Xerox Corporation ("Xerox"), by and through undersigned counsel, hereby moves for leave to file an Amended Answer to the Third Amended Complaint. In support of its motion, Xerox states as follows:

1.      Plaintiff Creative Copier Services ("CCS") filed its Third Amended Complaint on April 29, 2004. Xerox moved to dismiss this Complaint in its entirety on June 1, 2004. On November 15, 2004, Xerox's Motion to Dismiss was granted in part and denied in part.

2.      On December 1, 2004, Xerox filed its Answer and Counterclaims to the remaining causes of action contained in CCS's Third Amended Complaint of Creative Copier Services and CCS filed its Answer to Xerox's counterclaims on December 22, 2004.

3.      Xerox's Answer to the allegations contained in Paragraphs 42-46 and 50-52 stated that no response was required because the Court had dismissed the claims of CCS's Third Amended Complaint to which those allegations related.

4.      Counsel for CCS has pointed out that although the Court did dismiss CCS's federal antitrust claims based on the allegations of those paragraphs, it did not dismiss CCS's claims under state law (Counts II and IV).  Counsel for CCS has therefore requested that Xerox file an amended answer responding to CCS's factual allegations.

5.      Xerox accordingly seeks leave to file the attached First Amended Answer, which differs from the answer filed on December 1, 2004, only in that it includes answers to allegations contained within paragraphs 42-46 and 50-52 of the Third Amended Complaint.  See Attachment A.

6.      Counsel for CCS has authorized counsel for Xerox to state that it does not oppose this Motion.

WHEREFORE, for these reasons and any other reasons that may appear just to the Court, Xerox requests that this Consent Motion for Leave to File Xerox's First Amended Answer be granted.  A proposed Order is attached.

Respectfully submitted,

Robert Dolian

Jonathan I. Gleklen
Christopher F. Winters
Jon J. Nathan
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202)-942-5999
email: jonathan_gleklen@aporter.com

Robert P. Dolian (04278)
CUMMINGS & LOCKWOOD
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut  06902
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2005, I served a copy of the foregoing Motion for Leave to File a First Amended Answer and Counterclaims to the Third Amended Complaint of Creative Copier Services by first-class mail upon the following counsel for Plaintiff Creative Copier Services:

> Robert LaRocca
> Kohn, Swift & Graf, P.C.
> One South Broad Street – Suite 2100
> Philadelphia, PA 19107-3389

and

> Elias A. Alexiades
> 215 Church Street, 2nd Floor
> New Haven CT 06510

Robert P. Dolian (ct04278)
CUMMINGS & LOCKWOOD
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut  06902
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com

**Counsel for Xerox Corporation**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) | |
| CREATIVE COPIER SERVICES, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 01-CV-155 (SRU) |
| ) | |
| XEROX CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>ORDER</u>

Upon consideration of Xerox Corporation's Consent Motion for Leave to File a First

Amended Answer and Counterclaims to the Third Amended Complaint of Creative Copier

Services, it is hereby ORDERED this ___ day of January, 2005 that the Motion is GRANTED

and that the attached First Amended Answer and Counterclaims shall be accepted for filing.


_____
Stefan R. Underhill
United States District Judge


2077673_1.doc 1/6/2005