IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CREATIVE COPIER SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action<br>)<br>) No. 01-CV-155 (SRU)<br>)<br>)<br>) December 1, 2004<br>) |

## NOTICE OF MANUAL FILING

Please take notice that Defendant Xerox Corporation has manually filed the following document: .Consolidated Local Rule 56(a)(1) and 56(a)(2) Statements.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This has been manually served on all parties.

Respectfully submitted,

_Robert Dolian_ (signature)

Jonathan I. Gleklen
Christopher F. Winters
Jon J. Nathan
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202)-942-5999
email: jonathan_gleklen@aporter.com

Robert P. Dolian (ct04278)
CUMMINGS & LOCKWOOD
Four Stamford Plaza
Stamford, Connecticut 06904
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2005 a copy of the foregoing has been served by first class U.S. mail upon the following counsel for Plaintiff Creative Copier Services:

>   Robert LaRocca
>   Kohn, Swift & Graf, P.C.
>   One South Broad Street – Suite 2100
>   Philadelphia, PA 19107-3389

and

>   Elias A. Alexiades
>   215 Church Street, 2nd Floor
>   New Haven CT 06510

>   Robert P. Dolian (ct04278)
>   CUMMINGS & LOCKWOOD
>   Four Stamford Plaza
>   Stamford, Connecticut 06904
>   (203) 351-4307
>   fax: (203) 708-3948
>   email: rdolian@cl-law.com

>   *Counsel for Xerox Corporation*

*2081836_1.doc 1/18/2005*