IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| CREATIVE COPIER SERVICES,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>XEROX CORPORATION,   )<br>)<br>Defendant.   )<br>) | Civil Action<br><br>No. 01-CV-155 (SRU)<br><br><br><br>January 24, 2005 |

### MOTION OF PETER K. BLEAKLEY FOR LEAVE OF COURT TO WITHDRAW HIS APPEARANCE AS COUNSEL FOR XEROX CORPORATION

Pursuant to Local Rule of Civil Procedure 7(e) Peter K. Bleakley, attorney for defendant Xerox Corporation ("Xerox") in the above captioned matter, seeks leave of Court to withdraws his appearance as counsel of record for Xerox effective January 24, 2005.

Other attorneys at Arnold & Porter LLP will continue to represent Xerox in the above captioned matter.

Xerox requests that the Motion of Peter K. Bleakley for Leave of Court to Withdraw his Appearance as Counsel for Xerox Corporation be granted.

Respectfully submitted,

_____
Peter K. Bleakley
Arnold & Porter LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202) 942-5000

Counsel for Xerox Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2005, I served a copy of the foregoing Motion of Peter K. Bleakley for Leave of Court to Withdraw His Appearance as Counsel for Xerox Corporation by first class mail upon the following counsel for Plaintiff Creative Copier Services:

> Robert LaRocca
> Kohn, Swift & Graf, P.C.
> One South Broad Street – Suite 2100
> Philadelphia, PA 19107-3389

and

> Elias A. Alexiades
> 215 Church Street, 2nd Floor
> New Haven CT 06510

*Counsel for Xerox Corporation*

By: _____

Jon J. Nathan
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000
fax: (202) 942-5999

Robert P. Dolian (ct04278)
CUMMINGS & LOCKWOOD
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut 06902
(203) 351-4307
fax: (203) 708-3948
email: rdolian@claw.com

*2082455_1.doc 2/1/2005*