# ARNOLD & PORTER LLP

**Jonathan I. Gleklen**
Jonathan_Gleklen@aporter.com

202.942.5454
202.942.5999 Fax

555 Twelfth Street, NW
Washington, DC 20004-1206

May 10, 2005

**By Overnight Delivery**
Hon. Stefan R. Underhill
United States District Judge
United States District Court
   for the District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:   CCS v. Xerox, No. 01-CV-155

Dear Judge Underhill:

At oral argument yesterday on the parties' cross-motions for summary judgment in this matter, you asked whether Xerox's customers purchased copiers before Xerox's announcement of its parts policy for which ISOs were later unable to buy parts pursuant to that policy. In response I stated that Xerox's parts policy was announced at approximately the same time as the machines subject to the policy were introduced, but I was unable to provide a citation for that proposition.

In fact, this point is made in the Xerox document announcing the 1984 parts policy, 6RD 014581-82, which was Exhibit A to the Declaration of Peter Marshall attached to Xerox's opening brief. That document states, "We assume this new policy will not change any existing relationships with third party service organizations, since the limitations on sale apply only to recently introduced products on which we have not established a relationship on sale of parts." *Id.* at 6RD 014582.

Respectfully submitted,

Jonathan Gleklen
*Counsel to Xerox Corporation*

cc: Robert LaRocca, Esq.