## KOHN, SWIFT & GRAF, P.C.

ONE SOUTH BROAD STREET, SUITE 2100
PHILADELPHIA, PENNSYLVANIA 19107-3304

(215) 238-1700
TELECOPIER (215) 238-1968
FIRM E-MAIL: info@kohnswift.com
WEB SITE: www.kohnswift.com
E-MAIL: RLAROCCA@KOHNSWIFT.COM

**FILED**
2005 MAY 23  P 4: 03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSEPH C. KOHN
ROBERT A. SWIFT
GEORGE W. CRONER
ROBERT J. LAROCCA
MICHAEL J. BONI
DENIS F. SHEILS
DOUGLAS A. ABRAHAMS
WILLIAM E. HOESE
MARTIN J. D'URSO
STEVEN M. STEINGARD
STEPHEN H. SCHWARTZ *
ELKAN M. KATZ
CRAIG W. HILLWIG
HILARY E. COHEN
CHRISTINA D. SALER
KATE REZNICK

HAROLD E. KOHN
1914-1999

SPECIAL COUNSEL
JOSEPH M. HOEFFEL

OF COUNSEL
MERLE A. WOLFSON
LISA PALFY KOHN

* ADMITTED IN N.Y. ONLY

May 18, 2005

**VIA TELEFAX AND REGULAR MAIL**

Honorable Stefan R. Underhill
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   *Creative Copier Services v. Xerox*, 01 CV 155 (SDU)

Dear Judge Underhill:

My letter of May 13, 2005, at paragraph 3, identified Cessna Aircraft as a CCS customer. My client has just reminded me that Cessna was not. The point I was making in the letter about how and when Xerox notified the marketplace is still valid. I apologize for any confusion.

Respectfully submitted,

Robert J. LaRocca

RJL/dp
cc:   Jonathan Gleklen, Esquire

4649_1