**FILED**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

2005 OCT -b P 1: 39

U.S. DISTRICT COURT
BRIDGEPORT. CONN

| | | |
|---|---|---|
| CREATIVE COPIER SERVICES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) | No. 01-CV-155 (SJU) |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | October 6, 2005 |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Creative Copier Services and Defendant and Counterclaimant Xerox Corporation, having settled the above-referenced matter and all remaining claims asserted therein, stipulate and agree that all claims and counterclaims for damages, attorneys' fees, costs and expenses are hereby dismissed with prejudice with each party to bear its own attorneys' fees, costs and expenses.

Respectfully submitted,

Jonathan I. Gleklen          *by R. Dolian*
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-5000
fax: (202)-942-5999
email: jonathan_gleklen@aporter.com

Robert LaRocca
Kohn, Swift & Graf, P.C.
One South Broad Street – Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700
fax: (215) 238-1968
email: rlarocca@kohnswift.com

Robert Dolian
CUMMINGS & LOCKWOOD
Four Stamford Plaza
Stamford, Connecticut 06904
(203) 351-4307
fax: (203) 708-3948
email: rdolian@cl-law.com
*Attorneys For Defendant Xerox*

Elias A. Alexiades          *(by RJL)*
215 Church Street, 2nd Floor
New Haven CT 06510
(203) 777-4720
fax: (203) 777-4722
email: alexiades@mindspring.com
*Attorneys For Plaintiff Creative Copier*
*Service*

It is so ordered.

Dated at Bridgeport, Connecticut, this ____ day of September 2005.

Stefan R. Underhill
United States District Judge

2